**FORM B9I** (Chapter 13 Case) (10/05)                          Case Number **07−23607−RG**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT of District of New Jersey

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 13 bankruptcy case concerning the debtor(s) listed below was filed on 9/21/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Wallace<br>dba Blue Flame Mechanical LLC<br>76 East Shore Lake Owassa<br>Newton, NJ 07860 | Alethia Wallace<br>aka Alethia M. Townsend<br>76 East Shore Lake Owassa<br>Newton, NJ 07860 |
| Social Security Number(s)/Taxpayer ID(s):<br>xxx−xx−8842 (John Wallace)<br>xxx−xx−3208 (Alethia Wallace) | United States Bankruptcy Judge:<br>Honorable Rosemary Gambardella |
| Attorney for Debtor(s) (name and address):<br>Stephen B. McNally<br>McNally & Busche, L.L.C.<br>40 Park Place<br>Newton, NJ 07860<br>Telephone number: (973) 300−4260 | Bankruptcy Trustee (name and address):<br>Marie−Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Suite 230<br>Fairfield, NJ 07004<br>Telephone number: 973−227−2840 |

### Meeting of Creditors:
Date: **October 30, 2007**                          Time: **01:00 PM**

Location: **Office of the US Trustee, Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102−5504**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**

| | |
|---|---|
| For all creditors (except a governmental unit): **1/28/08** | For a governmental unit: 180 days from date of order for relief. 11 U.S.C. § 502(b)(9) |

**Foreign Creditors**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint Objecting to Determine Dischargeability of Certain Debts: 12/31/07**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
The debtor has filed a plan. The plan or a summary of the plan and notice of confirmation hearing will be sent separately.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Telephone number: 973−645−4764 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James J. Waldron |
|---|---|
| Business Hours:<br>8:30 AM − 4:00 p.m., Monday − Friday (except holidays) | Date: 9/22/07 |

# EXPLANATIONS
FORM B9I (10/05)

| | |
|---|---|
| Proof of Identification and Social Security Number | Important notice to individual debtors: Effective March 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. **Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

<u>Undeliverable Notices.</u>    Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

<u>Case information – telephone access.</u>    Case summary information can be obtained from any touch tone telephone by calling the automated

Voice Case Information System (VCIS) at the toll free number: 1–877–239–2547. This service is free of charge and is available 24 hours a day.

Case information – electronic access.    Case summary and docket information can be obtained from the Public Access to Court Electronic Records (Pacer) System. To register or for more information, please call the Pacer Billing Center at 1–800–676–6856 or visit the Pacer Web Site: http://pacer.psc.uscourts.gov.

Internet access.    Additional information may be available at the Court's Web Site: http://www.njb.uscourts.gov.

Certificate of Service   Page 4 of 8

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>John Wallace<br>Alethia Wallace | Case Number<br>07-23607 | Mail Claim To:<br>Clerk, U.S. Bankruptcy Court<br>U.S. Bankruptcy Court<br>MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ  07102 |

**NOTE:**   This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Name and Address where notices should be sent:<br><br><br><br><br>Telephone Number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY<br><br>Chapter: 13<br>Creditor ID: |
|---|---|---|
| Last four digits of account or other number by which creditor identifies debtor: | Check here if   ☐ replaces<br>this claim        ☐ amends       a previously filed claim, dated:_____ | |

**1.  Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____
☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
          (date)                        (date)

| 2. Date debt was incurred: | 3. If court judgment, date obtained: |
|---|---|

**4. Classification of Claim.**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.  See reverse side for important explanations.

| **Unsecured Nonpriority Claim  $_____**<br>☐        Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.<br>**Unsecured Priority Claim**<br>☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority<br>  Amount entitled to priority  $_____<br>  Specify the priority of the claim:<br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).<br>☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5). | **Secured Claim**<br>☐  Check this box if your claim is secured by collateral (including a right of setoff).<br><br>  Brief Description of Collateral:<br>  ☐  Real Estate   ☐ Motor Vehicle  ☐ Other_____<br>  Value of Collateral:   $_____<br>  Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____<br>☐ Up to $ 2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

**5. Total Amount of Claim at Time Case Filed:**    $_____   _____   _____   _____
                                                                                            (unsecured)        (secured)          (priority)            (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.  Attach itemized statement of all interest or additional charges.

| **6. Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>**7. Supporting Documents:**    *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.   DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>**8. Date-Stamped Copy:**    To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## ---- DEFINITIONS ----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor´s claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor´s claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims.*

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor´s account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Classification of Claim**
 **Secured Claim:**
 Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

 **Unsecured Priority Claim:**
 Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

 **Unsecured Nonpriority Claim:**
 Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**5. Total Amount of Claim at Time Case Filed:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**6. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**7. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-2            User: admin                  Page 1 of 2               Date Rcvd: Sep 24, 2007
Case: 07-23607                  Form ID: b9i                 Total Served: 46

The following entities were served by first class mail on Sep 26, 2007.
db           +John Wallace,    76 East Shore Lake Owassa,    Newton, NJ 07860-4800
jdb          +Alethia Wallace,    76 East Shore Lake Owassa,    Newton, NJ 07860-4800
aty          +Stephen B. McNally,    McNally & Busche, L.L.C.,    40 Park Place,    Newton, NJ 07860-1747
tr           +Marie-Ann Greenberg,    Chapter 13 Standing Trustee,    30 Two Bridges Rd.,    Suite 230,
               Fairfield, NJ 07004-1550
smg           U.S. Attorney,   970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
508353189    +ATlantic Health Systems MMH,    Alliance Financial Management,    PO Box 2565,
               Westfield, NJ 07091-2565
508353186    +Alliance Financial Management,    1084 Route 22 West,    Mountainside, NJ 07092-2801
508353183    +Atlantic Ambulance,    1000 The American Road,    Morris Plains, NJ 07950-2446
508353190     Brad D. Layton, Esq.,    JP Morgan Chase Legal Dept.,    900 US Hwy 9 North, Suite 401,
               Woodbridge, NJ 07095-1003
508353191     Cabela's Club,    PO Box 82575,    Lincoln, NE 68501-2575
508353193     CareCredit,    GE Money Bank,    PO Box 981127,    El Paso, TX 79998-1127
508353195     Citi Diamond Preferred Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
508353196     Citibank,    Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
508353197    +Daggett, Kraemer, Eliades,    328 D Sparta Ave.,    Sparta, NJ 07871-1190
508353198    +David B. Watner, Esq.,    1129 Bloomfield Ave.,    Suite 208,    West Caldwell, NJ 07006-7123
508353201     Exxon/Mobil,    PO Box 419600,    KANSAS CITY, MO 64141-6600
508353202     First National Bank Omaha,    PO Box 3331,    Omaha, NE 68103-0331
508353203     First National Bank Omaha,    PO Box 2557,    Omaha, NE 68103-2557
508353204    +Gruber, Colabella, Liuzza,    41 Lakeside Blvd.,    Hopatcong, NJ 07843-1339
508353205     Homecomings Financial,    Bankruptcy Dept,    PO Box 939072,    San Diego, CA 92193-9072
508353207    +Jacob L. Perry, CPA, LLC,    321 Route 206,    Branchville, NJ 07826-4227
508353208    +Leland Pavoll, Esq.,    Stephens & Michaels Assoc.,    63 Range Road,   Windham, NH 03087-2098
508353209     Litton Loan Servicing LP,    Attn: Cash Management,    PO Box 4387,   Houston, TX 77210-4387
508353211    +Morristown Memorial Hospital,    100 Madison Ave.,    Morristown, NJ 07960-6095
508353212    +New Jersey Herald,    BCA Financial Services,    PO Box 1037,    Bloomfield, NJ 07003-1037
508353213    +Newton Memorial Hospital,    175 High Street,    Newton, NJ 07860-1099
508353214    +Radiologic Associates of NNJ,    241 Newton Sparta Rd.,    Newton, NJ 07860-2771
508353215     Remex, Inc.,    PO Box 457,    Rocky Hill, NJ 08553-0457
508353216     SEARS,    PO BOX 182149,    COLUMBUS, OH 43218-2149
508353218    +Tracy Johnson-Knorr,    14 Indian Run Road,    Long Valley, NJ 07853-3403
508353219    +United Recovery Systems,    5800 North Course Drive,    Houston, TX 77072-1613
508353220    +United Recovery Systems, LP,    PO Box 722929,    Houston, TX 77272-2929
508353221     Valley National Bank,    PO Box 953,    Wayne, NJ 07474-0953
508353222     WFB Visa Center,    PO Box 82608,    Lincoln, NE 68501-2608

The following entities were served by electronic transmission on Sep 24, 2007.
508353185     EDI: BANKAMER.COM Sep 24 2007 20:31:00     Advanta,    PO Box 30715,
               Salt Lake City, UT 84130-0715
508353187     EDI: AMEREXPR.COM Sep 24 2007 20:31:00     American Express,    PO Box 297879,
               Ft. Lauderdale, FL 33329-7879
508353188     EDI: AMEREXPR.COM Sep 24 2007 20:31:00     American Express,    PO Box 1270,
               Newark, NJ 07101-1270
508353192     EDI: CHASE.COM Sep 24 2007 20:31:00     Cardmember Service,    PO Box 15548,
               WILMINGTON, DE 19886-5548
508353184     EDI: CHASE.COM Sep 24 2007 20:31:00     Chase,    PO Box 15298,    WILMINGTON, DE 19850-5298
508353194    +EDI: CHRYSLER.COM Sep 24 2007 20:32:00     Chrysler Financial,    PO Box 860,
               Roanoke, TX 76262-0860
508353200     EDI: DISCOVER.COM Sep 24 2007 20:31:00     Discover,    PO Box 15251,    WILMINGTON, DE 19886-5251
508353199     EDI: RCSDELL.COM Sep 24 2007 20:31:00     Dell Financial Services,    c/o Customer Service Corres,
               PO Box 81577,    Austin, TX 78708-1577
508353206     EDI: IRS.COM Sep 24 2007 20:31:00     Iinternal Revenue Service,    Special Procedures Banch,
               PO Box 744,    Springfield, NJ 07081-0744
508353210     EDI: TSYS.COM Sep 24 2007 20:31:00     Lowes,    PO Box 981064,    El Paso, TX 79998-1064
508353216     EDI: SEARS.COM Sep 24 2007 20:32:00     SEARS,    PO BOX 182149,    COLUMBUS, OH 43218-2149
508353217     EDI: NEXTEL.COM Sep 24 2007 20:31:00     Sprint Yellow Pages,    R.H. Donnelley,
               8400 Innovation Way,    Chicago, Il 60682-0084
                                                                                                TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2           User: admin              Page 2 of 2                Date Rcvd: Sep 24, 2007
Case: 07-23607                 Form ID: b9i             Total Served: 46

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2007**                    **Signature:**    _Joseph Speetjens_