| UNITED STATES BANKRUPTCY COURT |  |
|---|---|
| DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |  |
| GMAC-1290<br>PHELAN HALLINAN & SCHMIEG, PC<br>By: Jennifer Novick JN2743<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, New Jersey 08054-3422<br>(856)-813-5500<br>Attorneys for Litton Loan Servicing, LP as servicing agent for Deutsche Bank Trust Company Americas fka Bankers Trust Company, as Trustee | FILED<br>JAMES J. WALDRON, CLERK<br>JUN - 8 2009<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY /s/ DEPUTY |
| In Re:<br><br>John Wallace<br>Alethia Wallace | Case No.: 07-23607-RG<br><br>Hearing Date: May 20, 2009<br><br>Judge:    Rosemary Gambardella |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

6-8-09    /s/ Rosemary Gambardella, USBJ

| | |
|---|---|
| Applicant: | Litton Loan Servicing, LP as servicing agent for Deutsche Bank Trust Company Americas fka Bankers Trust Company, as Trustee |
| Applicant's Counsel: | Phelan Hallinan & Schmieg, PC |
| Debtor's Counsel: | Stephen B McNally |
| Property Involved ("Collateral"): | 76 East Shore Lake Owassa Road, Frankford Twp, NJ, 07860 |

Relief sought:   ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for _2_ months, from _April 2009_ to _May 2009_.

   ☒ The Debtor is overdue for _2_ payments at $_1,737.33_ per month.

   ☐ The Debtor is assessed for ___ late charges at $___ per month.

   ☒ Applicant acknowledges funds in suspense in the amount of $ _1,622.31_.

   Total Arrearages Due $_1,852.35_.

2. Debtor must cure all post-petition arrearages, as follows:

   ☒ Immediate payment shall be made in the amount of $_115.02_. Payment shall be made on or before _June 4, 2009_.

   ☒ Beginning on _June 1, 2009_, regular monthly mortgage payments shall continue to be made.

   ☐ Beginning on ___, additional monthly cure payments shall be made in the amount of $___ for ___ months.

   ☒ The amount of $_1,737.33_ shall be capitalized in the debtor's Chapter 13 plan.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:

>Litton Loan Servicing
>4828 Loop Central Drive
>Houston, TX  77081-2226

☒ Regular Monthly payment:

>Litton Loan Servicing
>4828 Loop Central Drive
>Houston, TX  77081-2226

☒ Monthly cure payment:

>Litton Loan Servicing
>4828 Loop Central Drive
>Houston, TX  77081-2226

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $350.00, and costs of $ 150.00.

The fees and costs are payable:

☒ Through the Chapter 13 plan. These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

☐ to the Secured Creditor within ___ days.

☐ Attorneys' fees are not awarded.