| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>(973) 227-2840<br>Chapter 13 Standing Trustee |
| In Re:<br><br>John Wallace and Alethia Wallace |

Order Filed on 6/23/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 07-23607

Hearing Date: June 17, 2009

Judge: ROSEMARY GAMBARDELLA

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 6/23/2009**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: John Wallace and Alethia Wallace

Case No. 07-23607

Caption of Order: Order Permitting Debtor to Cure Arrearages to Trustee

---

THIS MATTER having been opened to the Court on <u>June 17, 2009</u>, on notice to <u>Stephen B. McNally, Esq.,</u> and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $<u>532.00</u> starting on <u>July 1, 2009</u> for the remaining <u>39</u> months.

2

*Approved by Judge Rosemary Gambardella  June 23, 2009*